IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITAL SECURITY SYSTEMS CORPORATION, LLC, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:08-cv-316 |
| v. | § § | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., et al | § § § § | |
| Defendants. | § § | |

**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE**

Before the Court is Plaintiff's Notice of Voluntary Dismissal of All Defendants Without Prejudice, notifying the Court and the parties that Plaintiff has exercised its right to voluntarily dismiss this lawsuit against all Defendants WITHOUT PREJUDICE to re-filing of same, pursuant to FED. R. CIV. P. 41(a)(1). After considering the Notice and finding that good cause exists for the granting of same, the Court is of the opinion that the Notice should be in all respects GRANTED.

IT IS THEREFORE ORDERED that this lawsuit is DISMISSED against all Defendants, without prejudice to re-filing.

**SIGNED this 23rd day of February, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE